RECEIVED
August 30, 2021
At: 8:30_____.m
WILLIAM T. WALSH
CLERK

2021R00601/RAM

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| | : | |
| v. | : | Crim. No. 21-667-01(FLW) |
| | : | |
| | : | 18 U.S.C. § 1001(a)(2) |
| GULSHAN S. MANKO | : | 18 U.S.C. § 2 |
| | : | |

## I N F O R M A T I O N

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

**(False Statements)**

On or about May 29, 2018, in Middlesex County, in the District of New Jersey and elsewhere, in a matter within the jurisdiction of the executive branch of the Government of the United States, the defendant,

GULSHAN S. MANKO,

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, namely, by misrepresenting his educational background in an employment application with the Drug Enforcement Administration, an agency within the United States Department of Justice.

In violation of Title 18, United States Code, Section 1001(a)(2).

*Rachael A. Honig* by AC

RACHAEL A. HONIG
Acting United States Attorney